MRS. J. E. MATTINSON ET AL. V. W. H. MCDONALD.

Motion No. 13140. Decided October 20, 1937.
(109 S. W., 2d Series, 457.)

*Homer C. DeWolfe,* of Austin, for relator.

*William McCraw,* Attorney General, *H. Grady Chandler, Henry S. Moore* and *Russel Rentfro,* Assistants Attorney General, for respondent.

PER CURIAM:

Respondent W. H. McDonald, Commissioner of the General Land Office, has filed reply to the motion for leave to file petition for mandamus, and this answer clearly raises one or more issues of fact as regards the right of relators to a mandamus. Under this condition this Court has no jurisdiction, and for that reason the motion is overruled.

Opinion delivered October 20, 1937.